No. 682. BESSIE TYRRELL, ETC., ET AL. *v.* CHARLES B. SHAFFER ET AL. November 4, 1918. Petition for a writ of certiorari to the Supreme Court of the State of Okla-

homa granted. *Mr. Henry B. Martin* and *Mr. Richard Clyde Allen* for petitioners. *Mr. Malcolm E. Rosser* for respondents.